[No. 56492-7-I.   Division One.   June 26, 2006.]

IMRAN ESKI ET AL., *Appellants,* v. LORAINE GAI ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-26347-6, Julie Spector, J., entered January 6, February 7, and June 2, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 56714-4-I.   Division One.   June 26, 2006.]

DAVID RUZUMNA, *Respondent,* v. TIMOTHY MCGUINNESS ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-39887-0, Steven C. Gonzalez, J., entered July 18, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 32705-8-II; 33185-3-II.   Division Two.   June 27, 2006.]

KIMBERLY BOWMAN, *Respondent,* v. NORBERTO S. FLAWAU ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for Pierce County, No. 02-2-12168-9, Vicki L. Hogan, J., entered December 27, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32862-3-II.   Division Two.   June 27, 2006.]

HON YOEUN, *Individually and as Guardian ad Litem, Appellant,* v. WILLIAM STEINER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-01170-5, Robert L. Harris, J., entered February 4, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Penoyar, JJ.